PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Delio M. Coutinho, Sr.      Cr.: 14-00225-001
    PACTS #: 66230

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                            UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/11/2015

Original Offense:     Mortgage Fraud, 18 U.S.C. § 1349

Original Sentence: 36 months imprisonment, 36 months supervised release

Special Conditions: $1,312,334.77 in Restitution, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, No New Debt/Credit, Emp. Restriction

Type of Supervision: Supervised Release         Date Supervision Commenced: 07/25/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Coutinho has paid $13,756.88 towards his restitution. The offender's supervision is due to expire on July 24, 2020, with an outstanding restitution balance of $1,265,680.06. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613

                                                   Respectfully submitted,

                                                   *Elisa Martinez/km*

                                                   By: Elisa Martinez
                                                        Supervising U.S. Probation Officer
                                                  Date:  04/20/2020

Prob 12A – page 2
Delio M. Coutinho, Sr.

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

**X**   Allow Supervision to Expire on July 24, 2020 as Scheduled (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

                                                  *s/Susan D. Wigenton, U.S.D.J.*
                                                     Signature of Judicial Officer

                                                     April 21, 2020
                                                           Date